# First District Court of Appeal
## State of Florida

_____

No. 1D2022-3282
_____

AUDREY ENGLISH,

Appellant/Cross-Appellee,

v.

SEARS and SEDGWICK CMS,

Appellees/Cross-Appellants.

_____

On appeal from an order of the Office of the Judges of Compensation Claims.
Margret G. Kerr, Judge of Compensation Claims.

Date of Accident: December 9, 2019.

June 4, 2024

PER CURIAM.

AFFIRMED.

OSTERHAUS, C.J., and LEWIS and TANENBAUM, JJ., concur.

———————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————————

Richard A. Sicking and Mark A. Touby of Touby, Chait & Sicking, P.L., Coral Gables, for Appellant.

Jane E. McGill of Vaughan Baio & Partners, Palm Beach Gardens, for Appellees.